1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  YAKOV GELER,                          )
                                          )  Case No. 06-7723 PJH
13                Plaintiff,              )
                                          )
14         v.                             )
                                          )
15  Department of Homeland Security, MICHAEL )  **STIPULATION TO DISMISS**
    CHERTOFF, Secretary; U.S. Attorney General, )  **and [PROPOSED] ORDER**
16  ALBERTO GONZALES; United States Citizenship )
    and Immigration Services, EMILIO T. GONZALEZ, )
17  Director; United States Citizenship and Immigration )
    Services, ALFONSO AGUILAR, Chief; United )
18  States Citizenship and Immigration Services, )
    DAVID STILL, District Director,      )
19                                        )
                  Defendants.             )
20  _____)

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25  adjudicate such application within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Dismiss
C06-7723 PJH                              1

Date: February 20, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: February ____, 2007

MONICA KANE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/20/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip. to Dismiss
C06-7723 PJH

2

Date: February ____, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: February 16, 2007

*[signature: Monica Kane]*

MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
PHYLLIS J. HAMILTON
United States District Judge

Stip. to Dismiss
C06-7723 PJH

2